**Order entered June 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00398-CR

**FRANCES MAFNAS DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83715-2016**

## ORDER

The reporter's record was due May 8, 2018. On May 29, 2018, the trial court ordered the reporter's record to be provided to appellant without charge. *See* TEX. R. APP. P. 20.2. In light of this, we **ORDER** court reporter Destiny Moses to file the complete reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to Judge Andrea Thompson, Presiding Judge, 416th Judicial District Court; to Destiny Moses, official court reporter, 416th Judicial District Court; to retained counsel Kristen Brown; and to the Collin County District Attorney.

/s/     LANA MYERS
JUSTICE